[No. 56659-8-I. Division One. December 4, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LOUIS MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-14019-2, Bruce W. Hilyer, J., entered July 5, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler, A.C.J., and Coleman, J.

[No. 33014-8-II. Division Two. December 5, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. SONNY BORJA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-02070-2, Rosanne Buckner, J., entered February 11, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 33674-0-II. Division Two. December 5, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHELLE RUGELEY POWERS, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 04-1-00001-2, Leonard W. Costello, J., entered August 15, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 33694-4-II. Division Two. December 5, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CELINE KAYE McCoy, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-05039-5, Beverly G. Grant, J., entered July 22, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Hunt, J.